# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANDACE LORRAINE GROVE,**

        **Plaintiff,**

**-vs-**                               **Case No. 6:12-cv-1208-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO REMAND (Doc. No. 9)**
>
> **FILED:**      **November 13, 2012**

Defendant Commissioner of Social Security requests voluntary remand of this case for further administrative proceedings because significant portions of the recording of the April 21, 2009 hearing are inaudible. The request for remand is made pursuant to sentence six of 42 U.S.C. §§ 405(g) and 1631(c)(3).

Because good cause has been shown to remand this case and the motion is unopposed, I respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). I further recommend that the Court direct the Clerk of Court to close the file administratively pending resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy