**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CANDACE LORRAINE GROVE,**

**Plaintiff,**

**v.**                                                    **Case No: 6:12-cv-1208-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on the Court's own initiative. The United States Magistrate Judge conducted a review of the file and subsequently submitted a report and recommendation (the "Report and Recommendation") recommending that the Court close the case. (Doc. 43 at 3.) Upon review of the file and the Report and Recommendation (Doc. 43), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Clerk of Court is directed to **CLOSE** this case, subject to the case being reopened, if appropriate, should Plaintiff Candace Lorraine Grove request such relief.

3. The Clerk of Court is directed to **MAIL** a copy of this Order to Plaintiff Candace Lorraine Grove at the following address: 5286 North Orange Blossom Trail, Apartment 202, Orlando, Florida, 32810.

**DONE** and **ORDERED** in Orlando, Florida, this _29_ day of August, 2018.

**G. KENDALL SHARP**
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record, Unrepresented Party